1

O

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   AMERICAN CIVIL LIBERTIES UNION        Case No. 2:13-cv-04555-ODW(PJWx)
     FOUNDATION OF SOUTHERN
12   CALIFORNIA,                           **ORDER GRANTING EX PARTE**
                                           **APPLICATION FOR STAY [11] AND**
13                    Plaintiff,           **VACATING SCHEDULING**
                                           **CONFERENCE**
           v.
14
15   UNITED STATES DEPARTMENT OF
     JUSTICE; OFFICE OF THE SOLICITOR
16   GENERAL; EXECUTIVE OFFICE FOR
     IMMIGRATION REVIEW,
17
                      Defendants.

18         On October 1, 2013, Defendants Department of Justice, Office of the Solicitor

19   General, and Executive Office for Immigration Review filed an Ex Parte Application

20   to stay this case until Congress authorizes new appropriations for the Department of

21   Justice.  (ECF No. 11.)  Until that time, Department of Justice attorneys are not

22   permitted to engage in their normal civil-litigation activities.  (Ex Parte Appl. ¶ 2); *see*

23   *also* 31 U.S.C. § 1342.  Department of Justice indicated that Plaintiff's counsel does

24   not oppose a stay for the shorter of one week or the duration of the current shutdown.

25   (Ex Parte Appl. ¶ 5.)

26         The parties and the Court are stuck between a rock and a hard place.  Plaintiff

27   has a right to continue litigating its case.  But it is illegal—in fact a crime—for

28   Department of Justice attorneys to violate the Antideficiency Act.  *See* 31 U.S.C.

§ 1350.  It would be quite ironic for this Court to deny the Ex Parte Application and order Defendants' attorneys to subject themselves to criminal penalties.

The Court therefore **GRANTS** Defendants' Ex Parte Application.  (ECF No. 11.)  The Court **STAYS** this case in its entirety until the Department of Justice notifies this Court that Congress has authorized appropriations to the Department of Justice.  The Court accordingly **ORDERS** Defendants to submit a joint status report within 72 hours of Congress restoring their appropriations.  In the interim, the Court will continue to monitor the shutdown and the propriety of this stay.

The Court also **VACATES** the October 7, 2013 scheduling conference.  The Court will issue a scheduling-conference order upon vacating the stay.

**IT IS SO ORDERED.**


October 1, 2013


_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**