O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>          Plaintiff,<br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF THE SOLICITOR GENERAL; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>          Defendants. | Case No. 2:13-cv-04555-ODW(PJWx)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR STAY [11] AND VACATING SCHEDULING CONFERENCE** |

On October 1, 2013, Defendants Department of Justice, Office of the Solicitor General, and Executive Office for Immigration Review filed an Ex Parte Application to stay this case until Congress authorizes new appropriations for the Department of Justice. (ECF No. 11.) Until that time, Department of Justice attorneys are not permitted to engage in their normal civil-litigation activities. (Ex Parte Appl. ¶ 2); *see also* 31 U.S.C. § 1342. Department of Justice indicated that Plaintiff's counsel does not oppose a stay for the shorter of one week or the duration of the current shutdown. (Ex Parte Appl. ¶ 5.)

The parties and the Court are stuck between a rock and a hard place. Plaintiff has a right to continue litigating its case. But it is illegal—in fact a crime—for Department of Justice attorneys to violate the Antideficiency Act. *See* 31 U.S.C.

§ 1350. It would be quite ironic for this Court to deny the Ex Parte Application and order Defendants' attorneys to subject themselves to criminal penalties.

The Court therefore **GRANTS** Defendants' Ex Parte Application. (ECF No. 11.) The Court **STAYS** this case in its entirety until the Department of Justice notifies this Court that Congress has authorized appropriations to the Department of Justice. The Court accordingly **ORDERS** Defendants to submit a joint status report within 72 hours of Congress restoring their appropriations. In the interim, the Court will continue to monitor the shutdown and the propriety of this stay.

The Court also **VACATES** the October 7, 2013 scheduling conference. The Court will issue a scheduling-conference order upon vacating the stay.

**IT IS SO ORDERED.**

October 1, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**